FILED

SEP 08 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8824

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Francisco PORTILLO-Lopez, Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| | **"AMENDED"** |

The undersigned complainant being duly sworn states:

That on or about September 6, 2008, within the Southern District of California, defendant Francisco PORTILLO-Lopez, did knowingly and intentionally import approximately 17.24 kilograms (37.928 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Renato Gates Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF SEPTEMBER 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Francisco PORTILLO-Lopez

STATEMENT OF FACTS

The Statement of Facts is being amended to reflect cocaine instead of marijuana as indicated in line twenty-eight (28) of Probable Cause Statement.

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Renato Gates

On September 6, 2008, at approximately 0933 hours, Francisco PORTILLO-Lopez entered the United States from Mexico at the Calexico, California, West Port of Entry. PORTILLO-Lopez was the driver and sole occupant of a 2001 Honda Passport bearing Baja California plates BDW9824 and BDW9164.

Customs & Border Protection Officer (CBPO) F. Lopez made contact with PORTILLO-Lopez as he applied for entry into the United States. CBPO Lopez received a negative declaration from PORTILLO-Lopez. CBPO Lopez noticed the vehicle's gas tank felt solid when tapped. CBPO Lopez inspected the gas tank and noticed grease marks and tool markings on the bolts securing the tank to the vehicle. CBPO Lopez opted to refer the vehicle to secondary for further inspection.

CBPO A. Zuniga approached the Honda Passport and received a negative Custom's declaration from the driver, PORTILLO-Lopez. PORTILLO-Lopez informed CBPO Zuniga he was the owner of the vehicle and had purchased it six (6) months ago. CBPO Zuniga noticed the interior of the vehicle was clean and the screws on the gas tank appeared scratched.

CBPO D. Alba screened the vehicle with his Human/Narcotic Detector Dog (HNDD) and received an alert the vehicle's gas tank. CBPO Alba notified CBPO Zuniga of the alert to the vehicle.

CBPO Zuniga conducted a search of the vehicle and discovered 15 packages concealed within the gas tank. CBPO Zuniga probed one of the packages, producing a white powdery substance, which field-tested positive for cocaine. The approximate weight of the packages was 17.24 kilograms (37.928 pounds) of cocaine.

PORTILLO-Lopez was arrested for importation of cocaine into the United States. PORTILLO-Lopez was advised of his rights in the Spanish language, per Miranda, and stated he understood his rights. PORTILLO-Lopez stated he did not wish to speak because he had little to say, only that he gave it a try and it didn't work out.